UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN G. JOHNSON,

Plaintiff,

v.

PRESIDENT GEORGE W. BUSH *et al.*,

Defendants.

Case No. C05-5751RBL

ORDER STRIKING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION FROM THE CALENDAR

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been granted *in forma pauperis* status. (Dkt. # 7).

On December 29th, 2005 the clerk's office received a notice of motion for preliminary injunction from the plaintiff. (Dkt. # 5). Even through the motion was not received until the 29th, plaintiff attempted to set his motion for December 9th, 2005, twenty days before the court received the pleading. This is not the only defect in the pleading. Plaintiff indicates the notice is accompanied by an attached motion, but there is no motion. (Dkt. # 5)

The clerk is instructed to remove this item, (Dkt. # 5), from the court's calendar. The court will not consider this filing. If plaintiff wishes to file a motion for injunctive relief he will need to re-

ORDER

1   file the pleading, properly note the matter, and provide the supporting documentation he references.

2   The clerk is directed to send plaintiff a copy of this order and remove Docket entry 5 from

3   the court's calendar.

        DATED this 1st  day of February, 2006.

                                                    /s/ Karen L. Strombom
                                                    Karen L. Strombom
                                                    United States Magistrate Judge

28  ORDER