1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12   KEVIN G. JOHNSON,

13          Plaintiff,

Case No. C05-5751 RBL/KLS

14          v.

REPORT AND RECOMMENDATION

15   PRESIDENT GEORGE W. BUSH, *et al.*,

**NOTED FOR: JUNE 30, 2006**

16          Defendant.

17

18          This civil rights action has been referred to the undersigned United States Magistrate Judge

19   Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Plaintiff was

20   given leave to proceed *in forma pauperis.*   Plaintiff commenced this action, naming twelve

21   defendants in a complaint that was four pages long.  On January 12, 2006, plaintiff filed an amended

22   complaint, which he was ordered to amend.

23                                        DISCUSSION

24          Plaintiff's first amended complaint was over fifty pages long and was so convoluted that the

25   court was unable to determine how many persons were named as defendants and what causes of

26   action were alleged against which defendants.  Plaintiff was ordered to file a second amended

27   complaint by February 27, 2006. (Dkt. # 9).  A series of mis-filings, transfers, motions without

28   ORDER

1  notice, filings crossing in the mail, and extensions followed.  (*See, e.g.*, Dkts. # 5, 10, 11, 12, 13 and

2  18).

3      In light of plaintiff's reported transfers between facilities and to allow plaintiff sufficient time

4  to comply with this court's order to file a second amended complaint, plaintiff's original deadline was

5  extended from February 27, 2006 until June 1, 2006.  Plaintiff was advised that if he did not comply

6  with the court's order to amend by that deadline, his case would be dismissed without prejudice for

7  lack of prosecution.  Plaintiff has failed to amend his complaint and he has failed to request an

8  extension of his deadline to amend.

9                                    CONCLUSION

10      Plaintiff was ordered to amend his complaint.  (Dkt. # 21).  Plaintiff has not complied with the

11  court's order, nor has he sought an extension of the deadline.   The court recommends the action be

12  **DISMISSED WITHOUT PREJUDICE**.  A proposed order accompanies this Report and

13  Recommendation.

14      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure,

15  the parties shall have ten (10) days from service of this Report and Recommendation to file written

16  objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those

17  objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time

18  limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **June 30,**

19  **2006**, as noted in the caption.

20      DATED this _12th_ day of June, 2006.

21

22

23

24                                      Karen L. Strombom
                                        United States Magistrate Judge
25

26

27

28  ORDER